M. ARTHUR BECK v. SUSAN M. BECK.

May 28, 1980.

Petition for certification granted. (See 173 *N.J.Super.* 33)

SUSAN MEANS v. HAMILTON HOSPITAL.

May 28, 1980.

Petition for certification denied. (See 172 *N.J.Super.* 465)

STATE OF NEW JERSEY v. NASIR RAHIN.

May 28, 1980.

Petition for certification denied.